```
                                              FILED
                                          07 JUL 12 AM 10: 41
                                          CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY  [signature]      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2000 FORD F-150 TRUCK BAJA CA, MEXICO LICENSE NO. AM00499 VIN 3FTDF1724YMA62815, ITS TOOLS AND APPURTENANCES,<br><br>    Defendant. | Case No. 07CV 1239 BTM (BLM)<br><br>ORDER APPOINTING THE UNITED STATES MARSHAL AS SUBSTITUTE CUSTODIAN |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the protection, maintenance, and safety of the above-described defendants during the time they remain in the custody of this Court under its process,

IT IS HEREBY ORDERED that upon the arrest of the defendant, the United States Marshal for the Southern District of California, shall be custodian of the defendant on behalf of this Court until further order, and

07cv1172

Dockets.Justia.com

|    |                                                                           |
|----|---------------------------------------------------------------------------|
| 1  | IT IS FURTHER ORDERED that all reasonable expenditures                    |
| 2  | incurred by the United States Marshal be a first charge against           |
| 3  | the defendants.                                                           |
| 4  | DATED: 7-11-07                                                            |

_____
UNITED STATES DISTRICT JUDGE