FILED

07 JUL 12 AM 10: 41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| Plaintiff, | ) '07 CV 1239 BTM (BLM) |
| v. | ) ORDER APPOINTING |
| | ) THE UNITED STATES MARSHAL AS |
| ONE 2000 FORD F-150 TRUCK BAJA | ) SUBSTITUTE CUSTODIAN |
| CA, MEXICO LICENSE NO. AM00499 | ) |
| VIN 3FTDF1724YMA62815, ITS TOOLS | ) |
| AND APPURTENANCES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the protection, maintenance, and safety of the above-described defendants during the time they remain in the custody of this Court under its process,

IT IS HEREBY ORDERED that upon the arrest of the defendant, the United States Marshal for the Southern District of California, shall be custodian of the defendant on behalf of this Court until further order, and

1    IT IS FURTHER ORDERED that all reasonable expenditures

2  incurred by the United States Marshal be a first charge against

3  the defendants.

4    DATED: 7-11-07

5

6  _____
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

07cv1172